UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR.,

    Plaintiff,

v.

STEVE EWING, et al.,

    Defendants.

CASE NO. 2:25-CV-413-MJP-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 2. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is ADOPTED;

(2)     Plaintiff's proposed complaint [Dkt. 1-1] is dismissed and the IFP application is denied [Dkt. 1]; and

//

//

//

//

//

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(3)     The Clerk shall enter **JUDGMENT** and close this case.

**DATED** this 30th day of April, 2025.

JAMES L. ROBART
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2